United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 02-60859
Summary Calendar

MENGHSTEAB ARAIA,

                                        Petitioner,

versus

JOHN ASHCROFT, U. S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A23 559 677
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:*

    Menghsteab Araia petitions this court to review the decision
of the Board of Immigration Appeals denying his application for
asylum.  Araia argues that the evidence shows that he has a well-
founded fear of persecution in both Eritrea and Ethiopia and that
he is a "refugee" within the meaning of 8 U.S.C. § 1158.  Araia,
however, fails to show a particularized connection between the
feared persecution and his race, religion, nationality,

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

membership in a particular social group, or political opinion. Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994).

Araia does not challenge the denial of his application for withholding of removal. That issue is, therefore, deemed abandoned. See Calderon-Ontiveros v. INS, 809 F.2d 1050, 1052 (5th Cir. 1986) (issues not briefed are waived). Araia's contention that the decision of the Immigration Judge contains an error relative to Araia's statement about his citizenship is incorrect.

Araia's petition is DENIED. His motion for the appointment of counsel is DENIED.